**FILED**

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUGVIR INDER SINGH | CIVIL ACTION NO_____ 07 1170 |
| JUGVIR INDER SINGH | JUDGE _____ |
| **PLAINTIFFS** | |
| **VERSUS** | |
| **COMMONWEALTH OF AUSTRALIA** | |
| **UNION OF INDIA** | |
| **UNITED NATIONS** | |
| **And John Does 1-99** | |
| **DEFENDANTS** | |

## MOTION FOR CM/ ECF PASSWORD

COMES now the plaintiff's make application to the court to obtain CM/ ECF PASSWORD states the following:

1. The plaintiff has in case number AT-0752-05-0217-I-1 before the Merit Systems Protection Board certified as a electronic filer within the E-GOV initiative.

**RECEIVED**

JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

2. The plaintiff has the following alternative emails for the transmission and reciept of all documents of any size and transmission size:

      a. kirkbondusa@netscape.net

      b. singhderewa@lycos.com

      c. james.kirkbond@gmail.com

3. The plaintiffs have access to high speed broadband and communicate and check the systems on a daily bases.

4. The plaintiff have complete mobile transmission and reception facilities.

RESPECTFULLY SUBMITTED


JUGVIR INDER SINGH

pro se
Plaintiff
4409 Hoffner Suite 405
Orlando, FL 32818
telephones: 5714268522
email:singhderewa@lycos.com