U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

Jugviri I. Singh, etal

Serve: Embassy of Australia
Dennis Richardson
1601 Mass Ave/.NW
Washington,DC 20036

Civil Action, File Number   **CA-07-1170** JDB

Jugviri I.Singh, etal
V.

**Commonwealth of Australi:
et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ...se. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...er entity, you must indicate under your signature your relationship to that entity. If ...horized to receive process, you must indicate under your signature your authority.

...of this form to the sender within ____ days, you (or the party on whose behalf you ...urred in serving a summons and complaint in any other manner permitted by law.

...is form, you (or the party on whose behalf you are being served) must answer the ...re sent. If you fail to do so, judgment by default will be taken against you for the

...ce and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

...RECEIPT OF SUMMONS AND COMPLAINT

...a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jugvir I. Singh
Govt Embassy of Australia

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

AUSTRALIAN EMBASSY
x WASHINGTON D. C. 2003  Date of Delivery

B. Received by *(Printed Name)*    7-10-07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7003 2260 0000 4984 6331

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540