**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
Union of India
Serve: Embassy of India
Ravendra Sen
2107 Mass. Ave., NW
Washington, DC 20008

Civil Action, File Number ___CA-07-1170 JDB___

___Jugviri I. Singh, et al___
V.
___Commonwealth of Australia, et al___

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [you are served on be]half of another person and you are authorized to receive process, you must indicate under your signature your authority.

[... within ____] days, you (or the party on whose behalf you [are being served]) [must answer the comp]laint in any other manner permitted by law.

[If you (or the party on b]ehalf you are being served) must answer the [complaint within ____ days,] [judgemen]t by default will be taken against you for the [relief demanded in the complaint.]

[I declare, under penalty of perjury, that this Notice and Acknowledgmen]t of Summons and Complaint By Mail was [received by me on (Date)]

_____
Signature (USMS Official)

**SUMMONS AND COMPLAINT**

I hereby certify and return that I ____ served the summons and complaint in the above captioned manner at ____

_____
Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Union of India
Serve Embassy of India

2. Article Number (Transfer from service label)
7003 2260 0000 4984 6355

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _RGL_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): SUBRAMANIAN
C. Date of Delivery: 7/9
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes