UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUGVIR I. SINGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07 – CV – 01170 |
| ) | Judge Bates |
| COMMONWEALTH OF AUSTRALIA, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE of the entry of the appearance of John E. Prominski, Jr. as counsel of record for defendant Commonwealth of Australia in the above-captioned action.

Respectfully submitted,

MILES & STOCKBRIDGE, PC

By: _____
John E. Prominski, Jr.
DC Bar #356303
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Phone:  703-610-8653
Fax:  703-610-8686

Counsel for Defendant Commonwealth of Australia

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Entry of Appearance was mailed via first class mail, postage prepaid this __10th__ day of __August__, 2007 to:

Jugvir Inder Singh
As Individual and Head of the Estate of the
Singhderawa Family
4409 Hoffner Suite 405
Orlando, FL  32818

Union of India
Embassy of India
Mr. Rarendra Sen
2107 Massachusetts Avenue, NW
Washington, DC

United Nations
UN Headquarters
Mr. Nicolas Michel,
Under-Secretary-General,
The Legal Counsel,
Room 3427A
First Avenue at 46th Street
New York, NY  10017

_____
John E. Prominski, Jr.