UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jugvir Inder Singh,<br><br>Plaintiff,<br><br>v.<br><br>Commonwealth of Australia *et al.*,<br><br>Defendants. | Civil Action No. 07-1170 (JDB) |

### ORDER

Plaintiff moves to obtain a CM/ECF password. He has made the requisite showing of his capacity to file and receive papers electronically. Accordingly, it is

**ORDERED** that pursuant to LCvR 5.4(b)(2), plaintiff's motion for a CM/ECF password [Dkt. No. 3] is **GRANTED**, subject to his completion of "the CM/ECF training provided by the Clerk to all electronic filers." *Id*.

                                                           s/
                                      JOHN D. BATES
                               United States District Judge

Dated: August 22, 2007