UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUGVIR I. SINGH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:07 – CV – 01170 |
| | ) | Judge Bates |
| COMMONWEALTH OF AUSTRALIA, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION OF DEFENDANT COMMONWEALTH OF AUSTRALIA FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant Commonwealth of Australia, by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby moves for a twenty (20) day enlargement of time from September 4, 2007 to September 24, 2007 within which to file responsive pleadings in the above-captioned action and, in support thereof, sets forth the following points and authorities.

### POINTS AND AUTHORITIES

1. On or about July 5, 2007, plaintiff Jugvir I. Singh ("Singh") caused to be mailed to the Embassy of Australia a Notice and Acknowledgement of Receipt of Summons and Complaint by Mail pursuant to Fed. R. Civ. P. Rule 4(d). In the interest of judicial economy, and instead of contesting the validity of the manner of service, defendant Commonwealth of Australia ("Australia") executed the Acknowledgement of Receipt of Summons and Complaint and filed it with the Court on or about August 10, 2007.

2. Pursuant to Fed. R. Civ. P. Rule 4(d)(3), Australia's responsive pleadings are required to be filed within sixty (60) days after the date on which the request for waiver of service was sent, thereby making September 4, 2007 the due date for Australia's responsive

pleadings. Singh's Complaint is 43 pages long and contains complex factual allegations and eight purported legal claims. Diplomatic officials and legal counsel for Australia, both in Canberra, Australia and in Washington, D.C., require additional time within which to evaluate Singh's claims as well as Australia's defenses, including, without limitation, the defense of sovereign immunity and failure to state an actionable claim. Accordingly, Australia requests an enlargement of time of twenty (20) days from September 4, 2007 to September 24, 2007 within which to file responsive pleadings in this action.

3. Under Fed. R. Civ. P. Rule 6(b)(1), the Court has broad discretion to allow an enlargement of time where, as here, the request for enlargement of time is made before the expiration of the period originally prescribed. The requested enlargement of time will not unduly prolong this case or prejudice any of Singh's rights.

4. In making the instant motion, Australia specifically reserves all of its rights, including, without limitation, the right to rely upon the defenses of sovereign immunity and failure to state an actionable claim.

WHEREFORE, defendant Commonwealth of Australia, by counsel, respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

Respectfully submitted,

MILES & STOCKBRIDGE, P.C.

By: _____
John E. Prominski, Jr.   #356303
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Ph: 703-610-8653
Fax: 703-610-8686
Counsel for Defendant
Commonwealth of Australia

## CONFERENCE WITH OPPOSING PARTY

Pursuant to LCvR 7(m), the undersigned hereby certifies that on the 28th day of July, 2007, he placed a telephone call to plaintiff Jugvir I. Singh to request sought for the relief requested in the foregoing motion. As of the date hereof, Mr. Singh has failed to return the undersigned's call.

_____
John E. Prominski, Jr.

August 29, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION OF DEFENDANT COMMONWEALTH OF AUSTRALIA FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS was electronically served or mailed via first class mail, postage prepaid this 29th day of August, 2007 to:

Jugvir Inder Singh
As Individual and Head of the Estate of the
Singhderawa Family
4409 Hoffner Suite 405
Orlando, FL  32818

Union of India
Embassy of India
Mr. Rarendra Sen
2107 Massachusetts Avenue, NW
Washington, DC

United Nations
UN Headquarters
Mr. Nicolas Michel,
Under-Secretary-General,
The Legal Counsel,
Room 3427A
First Avenue at 46th Street
New York, NY  10017

_____
John E. Prominski, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUGVIR I. SINGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07 – CV – 01170 |
| ) | Judge Bates |
| COMMONWEALTH OF AUSTRALIA, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON DUE CONSIDERATION of the Motion of Defendant Commonwealth of Australia for Enlargement of Time to File Responsive Pleadings, and any opposition thereto, it is hereby

ORDERED, that the aforesaid motion be, and hereby is, GRANTED; and it is further

ORDERED, that defendant Commonwealth of Australia shall be granted an enlargement of time up to and including September 24, 2007 within which to file responsive pleadings in this action.

ENTERED this _____ day of _____, 2007.

_____
United States District Judge
John D. Bates