UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jugvir Inder Singh,

    Plaintiff,

       v.                                         Civil Action No.  07-1170 (JDB)

Commonwealth of Australia *et al.*,

    Defendants.

## ORDER

This matter is before the Court on Defendant Commonwealth of Australia's motion to dismiss pursuant to Rule 12(b)(1), (b)(6) and (b)(7) of the Federal Rules of Civil Procedure. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).  Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Commonwealth of Australia's motion to dismiss by **October 29, 2007**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movant.

                                                                         s/
                                                       JOHN D. BATES
                                              United States District Judge

Dated: September 27, 2007