UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUGVIR I. SINGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07 – CV – 01170 |
| ) | Judge Bates |
| COMMONWEALTH OF AUSTRALIA, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

### MOTION OF DEFENDANT COMMONWEALTH OF AUSTRALIA FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANUM

Defendant Commonwealth of Australia ("Australia"), by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby moves for a five day enlargement of time from November 8, 2007 to November 15, 2007 within which to file a reply memorandum in response to plaintiffs' memoranda filed on October 29, 2007 in opposition to Australia's previously filed motion to dismiss in the above-captioned action and, in support thereof, sets forth the following points and authorities.

### POINTS AND AUTHORITIES

1.   On or about September 21, 2007, Australia filed a motion to dismiss the Complaint filed by plaintiffs pursuant to Rules 12(b)(1), 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure on the grounds of sovereign immunity, failure to state a claim and failure to join necessary parties. By Order entered September 27, 2007, the Court required plaintiffs to respond to the motion to dismiss on or before October 29, 2007. Plaintiffs filed two lengthy memoranda on October 29, 2007 in opposition to Australia's motion to dismiss.

2. Pursuant to LCvR 7(d), Australia has five days from October 29, 2007 within which to file a reply memorandum in response to plaintiffs' opposition. By virtue of the operation of Fed. R. Civ. P. 6(a) and 6(e) (intermediate Saturdays, Sundays and legal holidays excluded from time computation; 3 days added for service), the time for the filing of Australia's reply memorandum is November 8, 2007. Plaintiffs' two memoranda in opposition to Australia's motion to dismiss are each 70 pages long and contain convoluted and confusingly articulated assertions and arguments. Diplomatic officials and legal counsel for Australia, both in Canberra, Australia and in Washington, D.C., require a brief period of additional time within which to evaluate and respond to plaintiffs' memoranda. Accordingly, Australia requests an enlargement of time of five days from November 8, 2007 to November 15, 2007 (excluding from the computation the intervening weekend) within which to file a reply memoranda in response to plaintiffs' opposition to Australia's motion to dismiss.

3. Under Fed. R. Civ. P. Rule 6(b)(1), the Court has broad discretion to allow an enlargement of time where, as here, the request for enlargement of time is made before the expiration of the period originally prescribed. The requested enlargement of time will not unduly prolong this case or prejudice any of plaintiffs' rights.

4. In making the instant motion, Australia specifically reserves all of its rights, including, without limitation, the right to rely upon the defenses of sovereign immunity and failure to state an actionable claim.

WHEREFORE, defendant Commonwealth of Australia, by counsel, respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

3

        Respectfully submitted,

        MILES & STOCKBRIDGE, P.C.

By: _____
        John E. Prominski, Jr.   #356303
        1751 Pinnacle Drive, Suite 500
        McLean, Virginia 22102
        Ph: 703-610-8653
        Fax: 703-610-8686
        Counsel for Defendant
        Commonwealth of Australia

## CONFERENCE WITH OPPOSING PARTY

Pursuant to LCvR 7(m), the undersigned hereby certifies that on the 5th day of November, 2007, he placed a telephone call to plaintiff Jugvir I. Singh to request sought for the relief requested in the foregoing motion. As of the date hereof, Mr. Singh has failed to return the undersigned's call.

_____
John E. Prominski, Jr.

November 5, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION OF DEFENDANT COMMONWEALTH OF AUSTRALIA FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM was electronically served or mailed via first class mail, postage prepaid this 5th day of November, 2007 to:

Jugvir Inder Singh
As Individual and Head of the Estate of the
Singhderawa Family
4409 Hoffner Suite 405
Orlando, FL 32818

Union of India
Embassy of India
Mr. Rarendra Sen
2107 Massachusetts Avenue, NW
Washington, DC

United Nations
UN Headquarters
Mr. Nicolas Michel,
Under-Secretary-General,
The Legal Counsel,
Room 3427A
First Avenue at 46th Street
New York, NY 10017

John E. Prominski, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUGVIR I. SINGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07 – CV – 01170 |
| ) | Judge Bates |
| COMMONWEALTH OF AUSTRALIA, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

UPON DUE CONSIDERATION of the Motion of Defendant Commonwealth of Australia for Enlargement of Time to File Reply Memorandum, and any opposition thereto, it is hereby

ORDERED, that the aforesaid motion be, and hereby is, GRANTED; and it is further

ORDERED, that defendant Commonwealth of Australia shall be granted an enlargement of time up to and including November 15, 2007 within which to file a reply memorandum in response to plaintiffs' memoranda opposing Australia's pending motion to dismiss.

ENTERED this _____ day of November, 2007.

_____
United States District Judge
John D. Bates