UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jugvir Inder Singh,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Commonwealth of Australia** *et al.***,**<br><br>**Defendants.** | Civil Action No. 07-1170 (JDB) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Commonwealth of Australia's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) [Dkt. No. 11] is **GRANTED**; it is

**FURTHER ORDERED** that the motion of non-party Nara Avalon Singhderewa to correct citizenship [Dkt. No. 19] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

s/
JOHN D. BATES
United States District Judge

Dated: November 26, 2007