## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Jugvir Inder Singh,**

      **Plaintiff,**

      **v.**

**Commonwealth of Australia** *et al.***,**

      **Defendants.**

**Civil Action No.  07-1170 (JDB)**

## ORDER

      Plaintiff moves pursuant to Fed. R. Civ. P. 60 to vacate the Order of November 26, 2007, dismissing this case for lack of subject-matter jurisdiction.  Such motions are committed to the sound discretion of the trial court to grant or deny and "need not be granted unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and internal quotation marks omitted).  Plaintiff provides no grounds for vacating the dismissal order.  Accordingly, it is

      **ORDERED** that plaintiff's motions to set aside or vacate [Dkt. Nos. 25, 27] are **DENIED**.

s/
JOHN D. BATES
United States District Judge

Dated: March 31, 2008