# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
               Plaintiff

     vs.                     Civil Action No._____

_____
              Defendant

## NOTICE OF APPEAL

Notice is hereby given this _____ day of _____, 20____, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _____ day of _____, 20___

in  favor of

against said

_____
                             Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:



Additional Mailing Addresses

MILES & STOCKBRIDGE, P.C.

By: _____
John E. Krominski, Jr.    #356303
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Ph: 703-610-8653
Fax: 703-610-8686
Counsel for Defendant
Commonwealth of Australia

Union of India
Embassy of India
Mr. Rarendra Sen
2107 Massachusetts Avenue, NW
Washington, DC

United Nations
UN Headquarters
Mr. Nicolas Michel,
Under-Secretary-General,
The Legal Counsel,
Room 3427A
First Avenue at 46th Street
New York, NY  10017