AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

_____  United States District Court for the  _____
_____  United States Court of International Trade
_____  United States Claims Court

Type of case: _____

v.

*Plaintiff(s)*                              *Defendant(s)*

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _____    Date of Judgment or Order _____

Cross or related appeal? _____    Date of Notice of Appeal _____

Appellant is:   ___ Plaintiff   ___ Defendant   ___ Other (explain) _____

FEES:   Court of Appeals Docket Fee Paid?   ___ Yes   ___ No
U.S. Appeal?   ___ Yes   ___ No
In forma pauperis?   ___ Granted   ___ Denied
___ Revoked   ___ Pending   ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_____    _____
_____    _____
_____    _____
_____    _____

COURT REPORTER (Name and telephone): _____

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.

Additional Mailing Addresses

MILES & STOCKBRIDGE, P.C.

By: _____
John E. Krominski, Jr.    #356303
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
Ph: 703-610-8653
Fax: 703-610-8686
Counsel for Defendant
Commonwealth of Australia

Union of India
Embassy of India
Mr. Rarendra Sen
2107 Massachusetts Avenue, NW
Washington, DC

United Nations
UN Headquarters
Mr. Nicolas Michel,
Under-Secretary-General,
The Legal Counsel,
Room 3427A
First Avenue at 46th Street
New York, NY 10017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jugvir Inder Singh,

Plaintiff,

v.

Commonwealth of Australia *et al.*,

Defendants.

Civil Action No.  07-1170 (JDB)

**ORDER**

Plaintiff moves pursuant to Fed. R. Civ. P. 60 to vacate the Order of November 26, 2007, dismissing this case for lack of subject-matter jurisdiction.  Such motions are committed to the sound discretion of the trial court to grant or deny and "need not be granted unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice."  *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and internal quotation marks omitted).  Plaintiff provides no grounds for vacating the dismissal order.  Accordingly, it is

**ORDERED** that plaintiff's motions to set aside or vacate [Dkt. Nos. 25, 27] are **DENIED**.

                                                s/
                                 JOHN D. BATES
                           United States District Judge

Dated: March 31, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
           Plaintiff

         vs.                          Civil Action No._____

_____
           Defendant

## NOTICE OF APPEAL

Notice is hereby given this _____ day of _____, 20____, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _____ day of _____, 20___

in favor of

against said

_____
        Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

