UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jugvir Inder Singh,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**Commonwealth of Australia** *et al.*,<br><br>    **Defendants.** | Civil Action No.  07-1170 (JDB) |

## ORDER

Upon consideration of plaintiff's motion to proceed on appeal *in forma pauperis*, it is

**ORDERED** that plaintiff's motion [Dkt. No. 36] is **GRANTED**.

             s/
           JOHN D. BATES
         United States District Judge

Dated: April 9, 2008