# U.S. District Court
## District of Columbia (Washington, DC)

SINGH et al                                             1:07-cv-01170-JDB

v.

COMMONWEALTH OF AUSTRALIA

et al                                                   Judge John D. Bates

NOTICE TO THE COURT

This notice validates that this case is in UNITED STATES COURT OF APPEAL FOR THE DISTRICT OF COLUMBIA being assigned as CASE NO 08-7053.

The UNITED STATES COURT OF APPEAL FOR THE CIRCUIT OF THE DISTRICT OF COLUMBIA, CASE NO 08-7053 was also brought before the UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT as case number 2008-1307 where the Judge Richard Linn affirmed that the UNITED STATES COURT OF APPEAL FOR THE DISTRICT OF COLUMBIA has received the transfer to being assigned as CASE NO 08-7053 before Judge M. Langer and can and will hear the case and as such the schedule has been docketed.

The plaintiff has met with all the time schedules of the appeal procedure

Jugvir Inder Singh

"s\

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1307

JUGVIR INDER SINGH,

Plaintiff-Appellant,

v.

COMMONWEALTH OF AUSTRALIA,

Defendant-Appellee,

and

UNION OF INDIA,

Defendant-Appellee,

and

UNITED NATIONS,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1170, Judge John D. Bates.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the District of Columbia Circuit.

Jugvir Inder Singh appeals from a decision of the United States District Court for the District of Columbia denying his motion for vacate the court's November 26, 2007

order dismissing complaint involving allegations of tort, etc. Although the district court transmitted the notice of appeal to this court, it appears from the notice of appeal that Singh was attempting to appeal to the Court of Appeals for the District of Columbia.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the District of Columbia pursuant to 28 U.S.C. § 1631.

MAY 2 2 2008
Date

Richard Linn
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2 2008

JAN HORBALY
CLERK

cc: Jugvir Inder Singh
John E. Prominski, Esq.
Rarendra Sen, Esq.
Nicolas Michel, Esq.

s19

2008-1307                                    2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-7053 September Term 2007

1:07-cv-01170-JDB

Filed On: April 29, 2008 [1113750]

Jugvir Inder Singh, as individual and head
of the Estate of the Singhderewa Family,

    Appellant

Estate of Singhderewa Family,

    Appellee

v.

Commonwealth of Australia, et al.,

    Appellees

### ORDER

The notice of appeal was filed on April 7, 2008, and docketed in this court on April 25, 2008. It is, on the court's own motion,

**ORDERED** that appellant submit the following document(s) by the date(s) indicated:

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 29, 2008 |
| Docketing Statement Form | May 29, 2008 |
| Entry of Appearance Form | May 29, 2008 |
| Procedural motions that may affect case calendaring, if any | May 29, 2008 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 29, 2008 |
| Statement of Issues to be Raised | May 29, 2008 |
| Transcript Status Report | May 29, 2008 |
| Underlying Decision from Which Appeal or Petition Arises | May 29, 2008 |
| Dispositive Motions, if any | June 13, 2008 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 08-7053**                                                              **September Term 2007**

It is

    **FURTHER ORDERED** that appellee submit the following document(s) by the date(s) indicated:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 29, 2008 |
| Entry of Appearance Form | May 29, 2008 |
| Procedural motions that may affect case calendaring, if any | May 29, 2008 |
| Dispositive Motions, if any | June 13, 2008 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                              BY:   /s/
                                           Elizabeth V. Scott
                                           Deputy Clerk

The following forms and notices are available on the Court's website at
http://www.cadc.uscourts.gov/internet/home.nsf/Content/Forms+in+Orders

Attachments for Pro Se Parties Only:
    Civil Docketing Statement Form
      Memorandum Concerning Self-Representation
      Memorandum Concerning Appointment of Counsel

# United States Court of Appeals
### District of Columbia Circuit

## DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases*
*(To be completed by appellant)*

1. CASE NO. _____  2. DATE DOCKETED _____
3. CASE NAME
   (lead parties only) _____ v. _____
4. TYPE OF CASE:    [ ] District Ct - [ ] US Civil  [ ] Private Civil  [ ] Criminal  [ ] Bankruptcy
                     [ ] Bankruptcy - if direct from Bankruptcy Court
                     [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    YES _____  NO _____

   If YES, cite statute: _____
6. CASE INFORMATION:
   a. **District Court Docket No.**    **Bankruptcy Court Docket No.**    **Tax Court Docket No.**
      Civil Action _____    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:    [ ] Final Order
                            [ ] Interlocutory Order appealable as of right
                            [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge _____    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): _____
   e. Date notice of appeal filed: _____
   f. Has any other notice of appeal been filed in this case?    YES _____  NO _____
      If YES, give date filed: _____
   g. Are any motions currently pending in trial court?   YES _____  NO _____   If YES, identify motion and date filed: _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?
      YES _____  NO _____  If NO, why not? _____
   i. Has this case previously been before this Court under another appeal number? YES, Appeal # _____  NO _____
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      YES _____  NO _____  If YES, give name of the court, case name, and docket number for each case:
      _____
   k. Does this case turn on the validity or correct interpretation or application of a particular statute?
      YES _____  NO _____  If YES, give popular name and citation of statute: _____
7. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  YES _____  NO _____  If so, provide the name of the program and the dates of participation.
   _____

Signature _____    Date _____
Name of Party (Print) _____
Name of Counsel (Print) _____    Firm _____
Address _____
_____
Phone _____    Fax No. _____

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  An original and one copy of such letter should be submitted.  Attach a certificate of service to this form.

[USCADC Form 9 (Rev. Jul 2006)]