UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jugvir Inder Singh,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Commonwealth of Australia** *et al.*,<br><br>**Defendants.** | Civil Action No. 07-1170 (JDB) |

### ORDER

Pending before the Court are plaintiff's separately filed motions seeking reconsideration of the Order entered on April 15, 2009, which denied plaintiff's motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure. The current motions consist of a series of rambling questions that provide no basis for reconsideration of the previous order. Accordingly, it is

**ORDERED** that plaintiff's motions for reconsideration [Dkt. Nos. 51, 52] are **DENIED**; and it is

**FURTHER ORDERED** that given the finality of this case, *see* Mandate [Dkt. No. 53], the Court hereby **ENJOINS** plaintiff from filing papers electronically in this civil action. Any future filings will be summarily stricken.

                                               s/
                                          JOHN D. BATES
                                   United States District Judge

Dated: June 26, 2009